FREDERIC G. SMEDLEY, as Assignee, etc., Respondent, *v.* GEORGE V. SMITH et al., Appellants.

(Argued March 4, 1891; decided March 20, 1891.)

APPEAL from judgment of the General Term of the Court of Common Pleas for the city and county of New York, entered upon an order made December 19, 1889, which affirmed a judgment in favor of plaintiff entered upon a decision of the court on trial without a jury.

*Frederic R. Coudert* and *Arthur Furber* for appellants.

*William F. McRae* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.